IN THE COUNTY COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Case No.

RICHARD BETTOR, an individual,

    Plaintiff,

-vs-

CITY OF PLANTATION and PENN
CREDIT CORPORATION, a Foreign
Profit Corporation,

    Defendants.
_____/

## COMPLAINT

Plaintiff Richard Bettor (hereinafter "Plaintiff") hereby sues Defendants City of Plantation (hereinafter, "City of Plantation") and Penn Credit Corporation (hereinafter, "Penn Credit"), for damages, and other legal and equitable remedies, resulting from Defendants violations of the Florida Consumer Collection Practices Act (FCCPA) and the Fair Debt Collections Practices Act (FDCPA).

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages not in excess of $5,000.00, exclusive of attorneys' fees and costs.

2. Plaintiff is a natural person and citizen of the State of Florida, residing in Broward County, Florida.

3. Plaintiff is a "consumer" as defined by the FCCPA.

4. Defendant City of Plantation is a "person" under the FCCPA and at all material times was attempting to collect a consumer debt.

5. Defendant Penn Credit is a debt collector under the FCCPA and at all material times was attempting to collect a consumer debt.

6. Venue is proper in this court because the events or omissions giving rise to Plaintiff's claims occurred in Broward County, Florida.

## LEGAL BACKGROUND

### a. FLORIDA CONSUMER COLLECTION PRACTICES ACT, FLA. STAT. 559.72 ET SEQ. ("FCCPA").

7. The Florida Consumer Collection Practices Act (FCCPA), Fla. Stat. 559.72 et. seq, was adopted to reinforce the consumer rights established by federal law for individuals who owe money to others.

8. Importantly, the FCCPA applies to all persons trying to collect consumer debts, which includes original creditors and debt collectors.

9. The FCCPA, §559.72(18), states, in pertinent part:

In collecting consumer debts, no person shall:

> Communicate with a debtor if the person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address. . . .

10. The FCCPA, §559.72(9), states, in pertinent part:

In collecting consumer debts, no person shall:

> Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.

### b. FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. 1692 ET SEQ. ("FDCPA").

11. The Fair Debt Collection Practices Act (FDCPA), was adopted to regulate the practices and tactics of corporations engaged in the collection of debts for others.

12. Among other prohibitions, the FDCPA specifically prohibits " [t]he collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law" and " The false representation of. . .the character, amount, or legal status of any debt"

13. Importantly, the FDCPA is a strict liability statute and the consumer need not show that the violation was knowing or intentional.[1]

## FACTS

14. On or about January 5, 2016, Plaintiff was involved in a vehicle accident that took place in Broward County, Florida, which resulted in Plaintiff receiving medical care & treatment through the City of Plantation.

15. Subsequently, Plaintiff hired an attorney to represent him with regard to those injuries and debts stemming therefrom.

16. On March 9, 2016, Plaintiff's attorney mailed the City of Plantation's medical records department a Request for Rescue Report (hereinafter "Request") on behalf of Plaintiff, requesting any and all medical records, reports and all medical bills for services rendered to the client be forwarded to Plaintiff's attorney. *See* Exhibit "A."

17. On March 28, 2016, the City of Plantation responded to the request and sent a bill in the amount of five hundred and forty-nine dollars and eighty cents ($549.80) as a response the Request. *See* Exhibit "B."

18. On May 18, 2017, Plaintiff received a past due statement from the City of Plantation again sent a statement with regard to the unpaid amount of five hundred and forty-nine dollars and eighty cents ($549.80) which was reduced by Plaintiff's primary insurance company by three hundred and ninety-nine dollars and eighty cents ($399.80), leaving Plaintiff's balance at one hundred and fifty dollars ($150.00). *See* Exhibit "C."

19. Shortly thereafter, on May 25, 2017, Plaintiff sent the City of Plantation a letter enclosing a check in the amount of one hundred and fifty dollars ($150.00) to satisfy the balance Plaintiff owed for services provided by the City of Plantation ambulance service. *See* Exhibit "D."

---

[1] Pollack v. Bay Area Credit Serv., L.L.C., 2009 WL 2475167 (S.D. Fla. Aug. 13, 2008).

20. Defendant accepted Plaintiff's payment in full and did not request any additional monies as the check cleared on May 31, 2017;

21. However, on November 13, 2017, Defendant Penn Credit on behalf of the City of Plantation, forwarded Plaintiff a "Request for Payment" in the amount of one hundred and fifty dollars ($150.00). *See* Exhibit "E."

22. Despite having actual knowledge that the alleged debt was no longer owed and had been satisfied, Defendants City of Plantation and Penn attempted to collect the debt from Plaintiff.

## COUNT – I
## VIOLATION OF FCCPA, FLA. STAT. §559.72 (9)
(Collection of Illegitimate Debt by Defendant City of Plantation)

Plaintiff reaffirms, realleges, and incorporates by reference Paragraphs 1 through 22 as if fully set forth herein.

23. By asserting the right to, and attempting to collect from Plaintiff a debt that Plaintiff did not owe, Defendant City of Plantation claimed, attempted, or threatened to enforce a debt when Defendant knew that the debt was not legitimate, and asserted the existence of a legal right when Defendant knew that the right did not exist.

24. Defendant City of Plantation therefore violated the FCCPA, 559.72(9).

25. As a direct and proximate result of Defendant City of Plantation's actions, Plaintiff suffered damages.

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an Order in favor of Plaintiff and against Defendant City of Plantation for statutory damages of one thousand dollars ($1,000.00), actual damages; reasonable attorney's fees and litigation costs; and such other and further relief as the Court deems proper.

## COUNT – II
## VIOLATION OF FCCPA, FLA. STAT. §559.72 (9)
(Collection of Illegitimate Debt by Defendant Penn Credit)

Plaintiff reaffirms, realleges, and incorporates by reference Paragraphs 1 through 22 as if fully set forth herein.

26. By asserting the right to, and attempting to collect from Plaintiff a debt that Plaintiff did not owe, Defendant Penn Credit claimed, attempted, or threatened to enforce a debt when Defendant knew that the debt was not legitimate, and asserted the existence of a legal right when Defendant knew that the right did not exist.

27. Defendant Penn Credit therefore violated the FCCPA, 559.72(9).

28. As a direct and proximate result of Defendant Penn Credit's actions, Plaintiff suffered damages.

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an Order in favor of Plaintiff and against Defendant Penn Credit for statutory damages of one thousand dollars ($1,000.00), actual damages; reasonable attorney's fees and litigation costs; and such other and further relief as the Court deems proper.

## COUNT – III
## VIOLATION OF FDCPA, 15 U.S.C. 1692(f)(1)
(Collection of Illegitimate Debt by Defendant Penn Credit)

Plaintiff reaffirms, realleges, and incorporates by reference Paragraphs 1 through 22 as if fully set forth herein.

29. By asserting the right to, and attempting to collect from Plaintiff debts that Plaintiff did not owe, Defendant Penn Credit attempted to collect an amount not expressly authorized by the agreement creating the debt or permitted by law

30. Defendant Penn Credit therefore violated 15 U.S.C. 1692(f)(1), and is strictly liable for such violation.

31.     As a direct and proximate result of Defendant Penn Credit's actions, Plaintiff suffered damages.

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an Order in favor of Plaintiff and against Defendant Penn Credit for statutory damages of $1,000.00, actual damages; reasonable attorney's fees and litigation costs; and such other and further relief as the Court deems proper.

## JURY TRIAL REQUEST

Plaintiff respectfully requests a jury trial on all issues so triable.

Respectfully submitted this ___ day of March, 2018.

ZEBERSKY PAYNE, LLP
110 SE 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com;
kslaven@zpllp.com
Secondary Email: mperez@zpllp.com

By: _____
JORDAN A. SHAW, ESQ.
Fla. Bar No. 111771
KIMBERLY A. SLAVEN, ESQ.
Fla. Bar No. 117964


zebersky | payne
ATTORNEYS

110 Tower
110 SE 6th Street
Suite 2150
Fort Lauderdale, FL 33301
Tel: 954.989.6333
Fax: 954.989.7781
www.zpllp.com

March 9, 2016

*Delivered via US Mail to:*
City of Plantation
ATTN: Medical Records Department
PO Box 918557
Orlando, FL 32891

Re:  Our Client:         Richard J. Bettor
     Date of Loss:       1/5/2016
     Date of Birth:      01/26/1949
     Social Security No.:
     Date(s) of Service: On and/or after 1/5/2016
     File No.:           2904.000

### REQUEST FOR RESCUE REPORT

Dear Sir/Madam:

Please be advised that this office represents the above-captioned individual who was treated by City of Plantation Fire Rescue.

Please forward the undersigned at your earliest convenience legible copies of any and all medical records, reports and any and all medical bills for services rendered to our client on and/or after January 5, 2016. I have enclosed a duly executed authorization for release of medical records, which will permit your compliance with this request.

We will accept copies of the requested material via fax (954) 989-7781. Please be sure to submit the copies attention to Michael T. Lewenz, Esq. If the cost of producing these records exceeds $50.00, please notify my office for approval.

Thank you for your anticipated cooperation and courtesy with regard to this request. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/

Michael T. Lewenz, Esq.
For the Firm
ML/jas

Enclosure: as noted above.

[1507849/1]

EXHIBIT
A

**EMERGENCY MEDICAL SERVICES (EMS)**
Affidavit/Authorization For Release Of Protected Health Information (PHI)

| | |
|---|---|
| Patient Name: | Richard Bettor |
| Date of Birth: | 1/26/1949 |
| Date of Loss: | 1/5/2016 |

I hereby authorize and request that a complete copy of the examination, treatment and/or billing records pertaining to the emergency call on the above-mentioned date be furnished to ZEBERSKY PAYNE, LLP, located at 110 S.E. 6th Street, Suite 2150, Fort Lauderdale, Florida 33301, or their designated representative. This authorization covers any and all information, records and evidence in your possession regarding any condition I was in when under your care and/or treatment; including but not limited to treatment rendered, prognosis or recovery, statement of charges to date, anticipated additional charges, nature and extent of disability, and/or all subsequent developments.

DISCLOSURE: The purpose of this disclosure is to assist in a claims investigation relating to the above-referenced date of loss. This is NOT a request for psychotherapy notes. I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.

This authorization includes personal review and/or copies of such records, information and evidence by any representative of ZEBERSKY PAYNE, LLP.

X_____
Patient Signature

SWORN TO AND SUBSCRIBED before me this 9th day of March, 2016

KIMBERLY MICHELLE ROMEO
Notary Public - State of Florida
My Commission Expires Mar 28, 2017
Commission # FF 3107

_____
Notary Public, State of Florida at Large
My Commission Expires: 03/28/2017

Personally Known: _____; or
Produced Identification: _____
Type of Identification Produced:
B360-750-49-026-0

This authorization, or a copy thereof, will enable you to furnish us with a copy of the medical records and an itemized statement of the costs of treatment for out-patient and/or in-patient care. If copies of bills are obtained through another office in your organization, kindly have our request for an itemized statement routed to the appropriate office.

_____
ZEBERSKY PAYNE, LLP
For the Firm

3/9/16
Dated

Richard Bettor
34 NW 1st Ave
Dania Beach FL 33004

City of Plantation
Phone: 888-987-9940

# Emergency Medical Services Bill

Statement Date: 03/28/2016

Date of Service: 01/05/2016
Account Number: 36700187
Incident No. 16-2000093

We have previously contacted you requesting payment as a result of ambulance service provided on 01/05/2016. Your account is past due and needs attention. Our records show that this claim was related to an auto accident so please complete and sign the back of this form, paying particular attention to the accident sections. Please make sure your name is exactly as it appears on your insurance card. To update your insurance information online, go to www.intermedix.com/billpay. If you do not have insurance, this payment is your responsibility. Please see options below to submit payment. For information or assistance on this account, please call 888-987-9940.

Primary Insurance: BCBS - FL Mcare       Policy Number: 168401670A

## Statement of Account

| | |
|---|---:|
| Emergency Medical Services | $549.80 |
| | **Amount Due: $549.80** |

---

**DETACH LOWER PORTIONS AND RETURN STUB WITH YOUR PAYMENT, THANK YOU**

City of Plantation
PO Box 918557
Orlando FL 32891

| INCIDENT NO | STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO |
|---|---|---|---|
| 16-2000093 | 03/28/2016 | $549.80 | 36700187 |



RICHARD BETTOR
34 NW 1ST AVE
DANIA BEACH FL 33004-2846



Make checks payable to: City of Plantation

To view your account online, go to www.intermedix.com/billpay

City of Plantation
PO Box 918557
Orlando FL 32891





EXHIBIT 8

City of Plantation
PO Box 918557
Orlando FL 32891

## STATEMENT - PAST DUE

For help with billing questions, please call 888-987-9940. To update insurance information, go to www.intermedix.com/billpay

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 36700187 | Upon Receipt | $150.00 | $ |

**Addressee**    Page 1 of 1    **Please make checks payable and remit to:**

Richard Bettor
%Zebersky Payne, LLP
110 SE 6th St Ste 2150
Fort Lauderdale FL 33301-5016

City of Plantation
PO Box 918557
Orlando FL 32891

☐ Check if address/insurance changes are on back

*Please detach and return top portion with payment.*

| Account Number | Account Name | Statement Date | Due Date |
|---|---|---|---|
| 36700187 | Richard Bettor | 05/18/2017 | Upon Receipt |

| Date | Service Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 01/05/2016 | PATIENT: RICHARD BETTOR<br>INCIDENT #: 16-2000093<br>Emergency Medical Services<br>Payment to EMS - Primary Insurance<br>Adjustment/Assignment - Primary Insurance<br>TOTAL BALANCE | $549.80 | -$295.47<br>-$104.33 | $150.00 |
| | We have previously contacted you requesting payment as a result of ambulance service provided on 01/05/2016. Your account is past due and needs attention. BCBS - FL Mcare has paid their portion of this claim. If you have supplemental insurance, please complete and sign the back of this form and return it to us. Please make sure your name is exactly as it appears on your insurance card. Otherwise, the remaining balance is your responsibility. | | | |

**MESSAGES**

In order to process your claim, please provide your insurance information on the back of this bill and mail the form to City of Plantation, PO Box 918557, Orlando FL 32891 or fax it to 305-428-5385. To update insurance, go to www.intermedix.com/billpay.

**INSURANCE INFO**
Primary: ................
Richard Bettor ................

**EXHIBIT C**

**AMOUNT DUE: $150.00**

City of Plantation | PO Box 918557 | Orlando FL 32891



110 Tower
110 SE 6th Street
Suite 2150
Fort Lauderdale, FL 33301
Tel: 954.989.6333
Fax: 954.989.7781
www.zpllp.com

May 25, 2017

City of Plantation
ATTN: Billing Department
PO Box 918557
Orlando, FL 32891

Re: Our Client: Richard J. Bettor
Date of Loss: 1/5/2016
Date of Birth: 01/26/1949
Account No.: 36700187
Date(s) of Service: On and/or after 1/5/2016
File No.: 2904.000

Dear Sir or Madam:

Enclosed please find **check no. 9391 in the amount of $150.00** for full and final payment of my client's outstanding balance with your facility.

Should you have any questions or concerns, please feel free to contact our office at your earliest convenience. Thank you for your cooperation in this matter.

Very truly yours,

Michael T. Lewenz, Esq.
For the Firm

ML/ma
Enclosure(s)

{1616286/1}



```
ZEBERSKY PAYNE, LLP                    SARADEU UNITED BANK, N.A.            9391
I.O.T.A. TRUST ACCOUNT                 MIAMI, FL 33130
110 S.E. 6th STREET, SUITE 2150        63-964/670
FORT LAUDERDALE, FL 33301

                                             DATE          NUMBER      AMOUNT
                                          05/24/2017                  ****$150.00

                    ***ONE HUNDRED FIFTY & 00/100 DOLLARS***

PAY         City of Plantation
TO THE      P.O. Box 918557
ORDER OF    Orlando, FL 32891

                                                         [signature]
#2904.000 Richard Bettor Pd in Full                  AUTHORIZED SIGNATURE

⑆009391⑆
```

| ZEBERSKY PAYNE, LLP - I.O.T.A. TRUST ACCOUNT | | PAY TO City of Plantation | |
|---|---|---|---|
| DATE | TRUST NAME | DESCRIPTION | AMOUNT |
| 05/24/2017 | Richard Bettor | 2904.000: In Full, Final & Agreed for Account # 36700187 DOI 01/05/16 | 150.00 |

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|---|---|---|---|
| 05/24/2017 | 9391 | | 150.00 |

ZEBERSKY PAYNE, LLP - I.O.T.A. TRUST ACCOUNT

Pay To: City of Plantation

| Date | Trust Name | Description | Amount |
|---|---|---|---|
| 05/24/2017 | Richard Bettor | 2904.000: In Full, Final & Agreed for Account # 36700187 DOI 01/05/16 | 150.00 |

| | Check Date | Check # | Check Amt |
|---|---|---|---|
| | 05/24/2017 | 9391 | 150.00 |

[L1329AP1680] 6197120

# PennCredit Corporation

Hours: Mon-Thur 8am-10pm EST
Fri 8am-8pm, Sat 8am-12pm EST
Phone: 800-900-1382

11/13/17

CLIENT: City of Plantation, FL
ID NUMBER: F0818066
TOTAL BALANCE DUE: $150.00



## REQUEST FOR PAYMENT

Failure to contact our office leads us to believe that you do not have intentions of resolving your just debt.

If you are unable to pay in full, settlements and/or payment arrangements may be available. We will do our best to work with you.

Please contact our office today, or go online to account.penncredit.com. or send payment in full in the enclosed envelope.

This letter is from a debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

| SERVICE RENDERED | | SERVICE DATE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|---|
| 1200 BLK N PINE ISLAND RD | DELINQUENT EMS BILL | 2016/01/05 | 36700167 | $150.00 |

DETACH AND RETURN WITH PAYMENT TO EXPEDITE CREDIT TO YOUR ACCOUNT

P.O Box 1259, Department 91047
Oaks, PA 19456



Visit http://account.penncredit.com to pay your bill online.

Payments received by check will be electronically deposited, unless you pay by non-consumer type check. You may opt out of this program by paying with a money order or a travelers check. In the unlikely event your check (payment) is returned unpaid, we may elect to electronically (or by paper draft) re-present your check (payment) up to two more times. You also understand and agree that we may collect a return processing charge by the same means, in an amount not to exceed that as permitted by state law.

ID NUMBER: F0818066    11/13/17

RICHARD BETTOR
110 SE 6TH ST STE 2150
FORT LAUDERDALE FL 33301-5016

PENN CREDIT
916 S 14th ST
PO BOX 988
HARRISBURG PA 17108-0988



EXHIBIT E